UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETH HAGER,

    Plaintiff,

v.

    Case No. 1:17-CV-12

    HON. GORDON J. QUIST

JVK CONSULTANT GROUP LLC and
JAMES ALLEN TRUEBLOOD, JR.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Plaintiff, having failed to respond to the Notice of Impending Dismissal entered on April 5, 2017, with respect to Defendants JVK Consultant Group LLC and James Allen Trueblood, Jr.,

**IT IS HEREBY ORDERED** that Defendants JVK Consultant Group LLC and James Allen Trueblood, Jr. are **DISMISSED** as Defendants for lack of service.

Dated: May 2, 2017

    /s/ Gordon J. Quist
    GORDON J. QUIST
    UNITED STATES DISTRICT JUDGE