UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

BETH HAGER,

        Plaintiff,

v.                                                    Case No.  1:17-CV-12

CROWNING POINT                        HON. GORDON J. QUIST
SOLUTIONS, LLC, et al.,

        Defendants.
_____/

## DEFAULT JUDGMENT

In accordance with the Memorandum Order entered today, judgment is entered in favor of Plaintiff and against Defendants Crowning Point Solutions, LLC, Summit Recovery Group, LLC, and Jemarr Jeriko Moody, in the amount of $1,000.00 in statutory damages.

Dated:  September 13, 2017                            /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE